*State v. Cabrales,* 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181. The cause is remanded to the trial court for further proceedings consistent with *State v. Cabrales,* including a determination as to whether the offenses were committed with a separate animus under R.C. 2941.25(B).

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

Robert L. Tobik, Cuyahoga County Public Defender, and Robert M. Ingersoll, Assistant Public Defender, for appellant.

———————

IN RE J.Y.

[Cite as *In re J.Y.,* 118 Ohio St.3d 266, 2008-Ohio-2544.]

(No. 2007–1893—Submitted April 23, 2008—Decided June 4, 2008.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cabrales,* 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

———————

Timothy Young, Ohio Public Defender, and Elizabeth R. Miller, Assistant Ohio Public Defender, for appellant.

———————

THE STATE OF OHIO, APPELLANT, *v.* MATTHEWS, APPELLEE.

[Cite as *State v. Matthews,* 118 Ohio St.3d 266, 2008-Ohio-2545.]